UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ANNIE WILLIAMS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.                                No. 13-cv-492-DRH

### JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Order entered by Chief Judge David R. Herndon (Doc. 19), the Commissioner's final decision denying Annie Williams' application for social security disability benefits is **AFFIRMED**. Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Annie Williams.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                              BY:   /s/*Sara Jennings*
                                                      Deputy Clerk

Dated:   January 8, 2014

APPROVED:               David R. Herndon
                              2014.01.08
                              05:55:07 -06'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT